# United States District Court
# For The Western District of North Carolina
# Asheville Division

Victor Guadarrama Flores,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                          1:10cv53

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/9/10 Order.

                                                                              FRANK G. JOHNS, CLERK

August 9, 2010

                                                            BY: s/Sharon Wilson
                                                                             Sharon Wilson, Deputy Clerk